AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

DELONTA A. REEVES    DAVID L. LEARY

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 28, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (S) **DELONTA, REEVES** did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance; and DAVID L. LEARY did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuan, a Schedule I controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __OFFICER TRINA JOHNSON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**OFFICER TRINA JOHNSON**
**NARCOTICS SPECIAL INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
Date                                        City and State

_____         _____
Name & Title of Judicial Officer              Signature of Judicial Officer