**STATEMENT OF FACTS**

On Tuesday, March 28, 2006, members of the Narcotics Special Investigation Division of the Metropolitan Police Department were conducting a buy-bust operation in the 2500 block of Pennsylvania Avenue, S.E., Washington, D.C. An undercover officer (UC) approached defendant David Leary and talked with him about purchasing some marijuana. Defendant Leary told the UC that he had to make sure his man had it, and then he walked over to the passenger side of a silver colored Jeep Cherokee and got inside. Defendant Leary returned and told the UC that his man had it, at which time the UC gave defendant Leary $40.00 in pre-recorded MPDC funds. Defendant Leary returned to the silver Jeep, got inside, and then came back and handed the UC 2 clear ziplock bags containing a green weed-like substance. A portion of the green weed-like substance field tested positive for THC. Prior to the above events, officers saw Defendant Reeves open the drivers door, look outside, and then close the door back. A lookout was given for both defendants and they were both stopped by officers. A search of defendant Leary revealed $6.00 in U.S. Currency, $5 of which was pre-recorded MPDC funds. A search of defendant Reeves revealed 1 ziplock of a green weed-like substance, a clear plastic bag containing a loose greenish weed-like substance, 17 ziplocks of greenish weed-like substance, 1 white pill bottle that contained 2 ecstasy pills, and 26 ziplocks containing a white rock-like substance. Officers also recovered $165.00 in U.S. Currency from defendant Reeves, of which $35.00 was pre-recorded MPDC funds. A search of the Jeep revealed 1 ziplock containing a green weed-like substance, a Pringles can with a false bottom with 15 ziplocks containing a green weed-like substance, and a purse containing several razors, small unused ziplock bags, a scale, rubber gloves, a empty Pringles can with a false bottom, and a clear ziplock bag containing a large white rock-like substance. Also recovered from the car was a brown pill bottle with 114 ziplocks containing a white rock-like substance, a blue tin can with 116 ziplocks containing a white rock-like substance, and a loaded Ruger 9mm handgun. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine, and portion of the green weed-like substance field tested positive for THC. Officers placed both defendants under arrest. The approximate weight of the suspected crack cocaine was over 30 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant. While on the scene, defendant Reeves made a statement that the vehicle was his and that officers could search it.

_____
OFFICER TRINA JOHNSON
NARCOTICS SPECIAL INVESTIGATION DIVISION,
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_ DAY OF MARCH, 2006.

_____
U.S. MAGISTRATE JUDGE